UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMEGA PATENTS, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>FIRSTECH, LLC,<br><br>                Defendant. | C20-1344 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On April 7, 2021, the parties filed a joint motion, docket no. 25, indicating that the Minute Order entered on February 10, 2021, docket no. 21, omitted a deadline for the parties to exchange lists of claim terms they seek to have the Court construe. The Court does not ordinarily set this deadline, instead relying on counsel to cooperate to provide each other the information necessary to timely exchange preliminary proposed constructions of disputed claim terms. The problem in this instance was not the omission of a deadline, but rather a miscalculation of the deadline for exchanging preliminary proposed constructions of disputed claim terms, which should have been May 17, 2021, instead of April 12, 2021. As a result of this scheduling error, the parties have requested a new trial date in July 2022, which the Court cannot accommodate. The Court will therefore further continue the trial date, and the parties' joint motion, docket no. 25, is hereby GRANTED as follows:

| | |
|---|---|
| **JURY TRIAL DATE (5 days)** | **September 26, 2022** |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide lists of proposed extrinsic evidence | May 17, 2021 |
| Joint Claim Chart and Prehearing Statement due | July 30, 2021 |

MINUTE ORDER - 1

| | |
|---|---|
| Parties to disclose reports from expert witnesses, if any, regarding Markman issues | July 30, 2021 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | August 30, 2021 |
| Deadline for completion of claim construction discovery and for amending pleadings | September 20, 2021 |
| Opening claim construction briefs filed by (and noted for the date that the responsive claim construction briefs are due) | September 30, 2021 |
| Responsive claim construction briefs filed by | October 15, 2021 |

If a claim construction (Markman) hearing is necessary, one will be set upon at least 20 days' notice to the parties.

| | |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | December 31, 2021 |
| Rebuttal expert reports due | January 31, 2022 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | February 10, 2022 |
| Discovery completed by | April 4, 2022 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; see LCR 7(d)) | May 5, 2022 |
| All motions related to expert witnesses filed by (and noted on the motion calendar no later than the third Friday thereafter; see LCR 7(d)) | May 12, 2022 |
| Mediation per LCR 39.1(c)[1] to be held no later than | June 10, 2022 |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | August 25, 2022 |

---

[1] The Court finds this case appropriate for mediation under Local Civil Rule 39.1(c).

MINUTE ORDER - 2

| | |
|---|---|
| Agreed pretrial order due | September 9, 2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | September 9, 2022 |
| Pretrial Conference at 10:00 a.m. on | September 16, 2022 |

(2) The provisions of the Minute Order entered February 10, 2021, docket no. 21, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order[2] and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

---

[2] The agreed pretrial order shall be filed in CM/ECF and shall also be attached (as a Word compatible file) to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 3